1  DIANA G. DICKINSON, ESQ., Bar No. 13477
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811
   Email:        ddickinson@littler.com
5
   Attorney for Defendant
6  GENERAL INFORMATION SERVICES, INC.

7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

| | |
|---|---|
| VICTORIA NORMAN, | Case No. 2:20-cv-01018-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT GENERAL INFORMATION SERVICES, INC. TO FILE RESPONSIVE PLEADING** |
| vs. | |
| LEXNISNEXIS RISK SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC and GENERAL INFORMATION SERVICES, INC., | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff VICTORIA NORMAN ("Plaintiff") and Defendant GENERAL INFORMATION SERVICES, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of July 8, 2020, up to and including **August 7, 2020.**

Such extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 1, 2020                                          Dated: July 1, 2020

Respectfully submitted,                                  Respectfully submitted,


*/s/ Michael Kind*                                              */s/ Diana G. Dickinson*
MICHAEL KIND, ESQ.                                    DIANA G. DICKINSON, ESQ.
KIND LAW                                                         LITTLER MENDELSON, P.C.

GEORGE HAINES, ESQ.                                 Attorney for Defendant
FREEDOM LAW FIRM, LLC                          GENERAL INFORMATION SERVICES, INC.

Attorneys for Plaintiff
VICTORIA NORMAN

**ORDER**

       **IT IS SO ORDERED.**

Dated: __July 2_____, 2020.


_____
UNITED STATES MAGISTRATE JUDGE

4813-3260-2561.1 103757.1006

2.