GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NORMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES INC, and GENERAL INFORMATION SERVICES, INC.<br><br>                    Defendant. | Case No.:   2:20-cv-01018-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions ("Defendant") and Plaintiff Victoria Norman ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed her Complaint on June 8, 2020;

2. Defendant was served with the Complaint on June 17, 2020;

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is July 8, 2020;

4. Defendant has requested, and Plaintiff has consented to, an additional fourteen (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's

1

LEGAL02/39888987v1

1  Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice
2  any party;
3      6.    Good cause exists to grant the stipulation as the additional fourteen (14) days are
4  needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a
5  review of all relevant documents;
6      7.    Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that
7  Defendant shall have up to and including July 22, 2020 to file a responsive pleading to Plaintiff's
8  Complaint.
9      8.    WHEREAS, this is the first request by the Parties seeking such extension;
10     THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY
11  STIPULATED AND AGREED by and between the Parties as follows:
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

2

Defendant LEXISNEXIS RISK SOLUTIONS shall have up to and including July 22, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 7th day of July, 2020.

| */s/ Michael Kind* | */s/ Gary E. Schnitzer* |
|---|---|
| Michel Kind, Esq., SBN 13903<br>KIND LAW<br>8860 S. Maryland Pkwy., Suite 106<br>Las Vegas, NV 89123<br>(702) 337-2322<br><br>George Haines, Esq., SBN 9411<br>FREEDOM LAW FIRM<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br>Telephone: (702) 880-5554<br>Email: ghaines@freedomlawteam.com<br>*Attorneys for Plaintiff*<br>*Larry Norman* | Gary E. Schnitzer, Esq., SBN 395<br>KRAVITZ, SCHNITZER<br>& JOHNSON, CHTD.<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 222-4142<br>Facsimile: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant*<br>*LexisNexis Risk Solutions* |

**IT IS ORDERED.**

DATED this __8th__ day of July, 2020.

_____
United States Magistrate Judge

LEGAL02/39888987v1