Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NORMAN, | Case No. 2:20-cv-01018-GMN-NJK |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | Complaint filed: June 8, 2020 |
| EQUIFAX INFORMATION SERVICES, LLC; GENERAL INFORMATION SERVICES, INC; and LEXISNEXIS RISK SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff Victoria Norman hereby substitutes Matthew I. Knepper, Esq., Miles N. Clark, Esq., and Shaina Plaksin, Esq., of the law firm KNEPPER & CLARK LLC, located at 5510 So. Fort Apache Road, Suite 30, Las Vegas, Nevada 89148 and David H. Krieger, Esq., of the law firm KRIEGER LAW GROUP, LLC, located at 2850 W. Horizon Ridge Parkway, Suite 200,

1  Henderson, Nevada 89052 as attorney of record in place and stead of:

3  Michael Kind, Esq.
   KIND LAW
4  8860 South Maryland Parkway, Suite 106
   Las Vegas, Nevada 89123

6  -and-

7  George Haines, Esq.
   FREEDOM LAW FIRM, LLC
8  8985 S. Eastern Ave., Suite 350
   Henderson, Nevada 89123

DATED: _____    _____
                                 Plaintiff, Victoria Norman

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: July 16, 2020             /s/ Michael Kind, Esq.
                                 Michael Kind, Esq.

DATED: July 16, 2020             /s/ George H. Haines, Esq.
                                 George H. Haines, Esq.

//
//
//
//
//
//
//

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

I am duly admitted to practice in this District.

ABOVE SUBSTITUTION ACCEPTED.


DATED: July 17, 2020	/s/ David H. Krieger, Esq.
	David H. Krieger, Esq.


DATED: July 17, 2020	/s/ Matthew I. Knepper, Esq.
	Matthew I. Knepper, Esq.


DATED: July 17, 2020	/s/ Miles N. Clark, Esq.
	Miles N. Clark, Esq.


DATED: July 17, 2020	/s/ Shaina R. Plaksin, Esq.
	Shaina R. Plaksin, Esq.


### **ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

*Norman v. LexisNexis Risk Solutions, Inc. et al*
*Case No.: 2:20-cv-01018-GMN-NJK*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2020, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

Knepper & Clark LLC
Attorneys at Law
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

4 of 4