Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NORMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENERAL INFORMATION SERVICES, INC; and LEXISNEXIS RISK SOLUTIONS, INC.,<br>　　　　Defendants. | Case No. 2:20-cv-01018-GMN-NJK<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Complaint filed: June 8, 2020 |

　　　Plaintiff Victoria Norman hereby substitutes Matthew I. Knepper, Esq., Miles N. Clark, Esq., and Shaina Plaksin, Esq., of the law firm KNEPPER & CLARK LLC, located at 5510 So. Fort Apache Road, Suite 30, Las Vegas, Nevada 89148 and David H. Krieger, Esq., of the law firm KRIEGER LAW GROUP, LLC, located at 2850 W. Horizon Ridge Parkway, Suite 200,

1  Henderson, Nevada 89052 as attorney of record in place and stead of:

2

3   Michael Kind, Esq.
    KIND LAW
4   8860 South Maryland Parkway, Suite 106
    Las Vegas, Nevada 89123
5

6   -and-

7   George Haines, Esq.
    FREEDOM LAW FIRM, LLC
8   8985 S. Eastern Ave., Suite 350
    Henderson, Nevada 89123
9

10

11
    DATED:  Jul 28 2020                     _____
12                                           Plaintiff, Victoria Norman

13

14  I CONSENT TO THE ABOVE SUBSTITUTION.

15

16  DATED: July 16, 2020                    /s/ Michael Kind, Esq.
                                            Michael Kind, Esq.
17

18
    DATED: July 16, 2020                    /s/ George H. Haines, Esq.
19                                          George H. Haines, Esq.

20

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

I am duly admitted to practice in this District.

ABOVE SUBSTITUTION ACCEPTED.

DATED: July 17, 2020   /s/ David H. Krieger, Esq.
David H. Krieger, Esq.

DATED: July 17, 2020   /s/ Matthew I. Knepper, Esq.
Matthew I. Knepper, Esq.

DATED: July 17, 2020   /s/ Miles N. Clark, Esq.
Miles N. Clark, Esq.

DATED: July 17, 2020   /s/ Shaina R. Plaksin, Esq.
Shaina R. Plaksin, Esq.

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: July 29, 2020

*Norman v. LexisNexis Risk Solutions, Inc. et al*
*Case No.: 2:20-cv-01018-GMN-NJK*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430