1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
   5510 So. Fort Apache Rd, Suite 30
4  Las Vegas, NV 89148
   Phone: (702) 856-7430
5  Fax: (702) 447-8048
6  Email: matthew.knepper@knepperclark.com
   Email: miles.clark@knepperclark.com
7
8  David H. Krieger, Esq.
   Nevada Bar No. 9086
9  KRIEGER LAW GROUP, LLC
   2850 W. Horizon Ridge Parkway, Suite 200
10 Henderson, NV 89052
   Phone: (702) 848-3855, Ext. 101
11 Email: dkrieger@kriegerlawgroup.com

12 *Counsel for Plaintiff*

13 **UNITED STATES DISTRICT COURT**

14 **DISTRICT OF NEVADA**

15

| VICTORIA NORMAN, | Case No. 2:20-cv-01018-JAD-NJK |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE** & ORDER |
| v. | |
| LEXISNEXIS RISK SOLUTIONS, INC.; and GENERAL INFORMATION SERVICES, INC., | Complaint filed: June 8, 2020 |
| Defendants. | ECF No. 32 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant LexisNexis Risk Solutions, Inc., from the above captioned action, with prejudice.

//

//

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: December 21, 2020.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 13477 |
| Miles N. Clark, Esq., SBN 13848 | 8985 S. Eastern Ave., Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89123 |
| Las Vegas, NV 89148 | Email: GSchnitzer@ksjattorneys.com |
| Email: Matthew.Knepper@knepperclark.com | |
| Email: Miles.Clark@knepperclark.com | *Counsel for Defendant* |
| | *LexisNexis Risk Solutions, Inc.* |
| **KRIEGER LAW GROUP, LLC** | |
| David H. Krieger, Esq., SBN 9086 | |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: DKrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |
| **LITTLER MENDELSON, P.C.** | |
| /s/ *Diana G. Dickinson* | |
| Diana G. Dickinson, Esq., SBN 13477 | |
| 3960 Howard Hughes Parkway, #300 | |
| Las Vegas, NV 89169-5937 | |
| Email: DDickinson@littler.com | |
| | |
| *Counsel for Defendant General Information Solutions LLC d/b/a General Information Services (improperly named as "General Information Services, Inc.")* | |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC.,**</u>
<u>**WITH PREJUDICE**</u>

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant LexisNexis Risk Solutions, Inc. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 22, 2020